IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
JAMES CORMICAN,                  *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *     CV 618-074
                                 *
MARK SMITH, Deputy Warden of     *
Security,                        *
                                 *
     Defendant.                  *
```

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 3.) Plaintiff filed his notice prior to Defendant being served in this case. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA